UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                          CASE NO: 6:17-cr-112-Orl-40TBS

NATHAN PEREZ

    Defendant.

## ORDER

This case comes before the Court without oral argument on Defendant Nathan Perez' Unopposed Motion to File Sentencing Memorandum Exhibit under Seal (Doc. 42). The Government does not oppose the motion (Id., ¶ 3).

On June 19, 2017, Defendant pled guilty to the crimes of receiving and possessing child pornography (Doc. 20). His sentencing is scheduled to occur on September 13, 2017 (Doc. 30).

A Dr. McClain performed a psychological examination of Defendant (Doc. 42, ¶ 20. Now, Defendant seeks leave to file that examination under seal, for consideration by the Court at the time of sentencing (Id.).

"'The operations of the court and the judicial conduct of judges are matters of utmost public concern,' and the integrity of the judiciary is maintained by the public's right of access to court proceedings." Romero v. Drummond Co., 480 F.3d 1234, 1245 (11th Cir. 2007) (citing Landmark Commc'ns, Inc. v. Virginia, 435 U.S. 829, 839 (1978)).

However, personal health information, including information concerning a person's psychological condition is generally considered to be private, personal, and sensitive in nature. Here, the Court finds that Defendant's personal privacy interest in the

psychological evaluation constitutes good cause to overcome the public's right of access. Accordingly, Defendant's motion is **GRANTED**. The Clerk shall accept and maintain the psychological evaluation **UNDER SEAL** until further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Nathan Perez