UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

     Plaintiff,

v.                                  CASE NO: 6:17-cr-112-Orl-40TBS

NATHAN PEREZ

     Defendant.

_____

## ORDER

This case comes before the Court without oral argument on the Government's Unopposed Motion to Seal Exhibit to United States' Sentencing Memorandum (Doc. 52). Defendant Nathan Perez does not oppose the motion (Id., ¶ 3).

On June 19, 2017, Defendant pled guilty to the crimes of receiving and possessing child pornography (Doc. 20). His sentencing is scheduled to occur on September 20, 2017 (Doc. 30). Exhibit B to the Government's sentencing memorandum is a report which contains what the Government says is "personal information regarding an alleged victim in the case." (Id., ¶ 1).

"'The operations of the court and the judicial conduct of judges are matters of utmost public concern,' and the integrity of the judiciary is maintained by the public's right of access to court proceedings." Romero v. Drummond Co., 480 F.3d 1234, 1245 (11th Cir. 2007) (citing Landmark Commc'ns, Inc. v. Virginia, 435 U.S. 829, 839 (1978)). However, personal information concerning a victim, particularly in a case of this nature, is entitled to privacy protection which constitutes good cause to overcome the public's right of access.

Accordingly, Defendant's motion is **GRANTED**. The Clerk shall accept and maintain Exhibit B to the Government's sentencing memorandum **UNDER SEAL** until further order of

the Court.

DONE and ORDERED in Orlando, Florida on September 15, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Nathan Perez